CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONELL J. BLOUNT, SR., | ) | CASE NO. 7:12CV00400 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| LINDA STANLEY, LPN, *ET AL.*, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1.  Finding that plaintiff's allegations fail to state a claim that defendants' conduct violated a constitutional or statutory right, Defendant Stanley's motion for summary judgment (ECF No. (22)) is **GRANTED** on the ground of qualified immunity, and plaintiff's claims against Defendant Stanley are **DISMISSED WITH PREJUDICE**;

2.  Plaintiff's claims against Jane Doe are summarily **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim; and

3.  This civil action is stricken from the active docket of the court.

ENTER: This 29th day of January, 2014.

/s/ Glen E. Conrad
Chief United States District Judge